**Lawrence TOWLE & Verla
Towle, Appellants,**

v.

**CORNELL ROOFING & SHEET METAL COMPANY, Truman K. Murray, and Keller Industries, Inc., Respondents.**

**No. WD 33904.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Thaine Q. Blumer of Blumer & Nally, Kansas City, for appellants.

Clyde G. Meise of Meise, Cope, Coen & McIntosh, Kansas City, for Cornell Roofing & Sheet Metal Co. and Truman K. Murray.

Kenneth T. Garvey, Chicago, Ill., and Donald C. Bollard, Kansas City, for Keller Industries.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

## ORDER

PER CURIAM:

This is a civil action seeking recovery of damages for personal injuries and loss of consortium.

Judgment affirmed. Rule 84.16(b).